UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ASHLEY HALL,

    Plaintiff,

vs.

CITY OF LADUE, MISSOURI,

    Defendant,

Case No.  4:19cv3197 RLW

## ORDER ON STIPULATION OF DISMISSAL

In accordance with the Stipulation for Dismissal (ECF No. 36),

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendants Julia Crews and Ken Andreski are **DISMISSED** with prejudice.  Defendant City of Ladue remains.

**IT IS FURTHER ORDERED** that Defendant Julia Crews' Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 23) is **DENIED** as moot.

Dated this 22nd day of September, 2020.

_____
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE